UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HARRINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br><br>　　　　Defendant. | Case No. 20-cv-04148-PJH<br><br>**JUDGMENT** |

This action having come before the court on the parties' cross-motions for summary judgment, and the court having granted plaintiff's motion in part and denied it in part, and having denied defendant's motion in its entirety,

it is Ordered and Adjudged

that the Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment and closes the case and terminates all pending motions.

**IT IS SO ORDERED.**

Dated: March 14, 2022

　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge