UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN HARRINGTON,
    Plaintiff,
    v.
ANDREW SAUL,
    Defendant.

Case No. 20-cv-04148-PJH

**ORDER GRANTING APPLICATION FOR AWARD OF ATTORNEYS' FEES**

Re: Dkt. No. 30

The court finds that the requested attorneys' fees are reasonable. The court accordingly GRANTS plaintiff's motion for $18,054 in attorneys' fees under 42 U.S.C. § 406(b), which is payable to plaintiff's counsel Katherine Siegfried out of the amount of the past-due benefits.

Plaintiff's counsel is ordered to reimburse plaintiff the EAJA fee of $11,739.83 previously awarded pursuant to 28 U.S.C. § 2412(d). See Dkt. 29.

**IT IS SO ORDERED.**

Dated: March 29, 2024

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge